No. 42. WILLIAM COUTURE, JR., PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the District Court of the United States for the Western District of Wisconsin. Sub-

mitted November 1, 1907. Decided November 11, 1907. *Per Curiam.* Judgment affirmed. *United States* v. *Rickert*, 188 U. S. 432; *McKay* v. *Kalyton*, 204 U. S. 458. *Mr. W. M. Tomkins* for plaintiff in error. *The Attorney General* and *The Solicitor General* for defendant in error.